COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | No. 08-09-00079-CV |
| IN RE: KEVIN MCCARROLL | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |

**<u>MEMORANDUM OPINION</u>**

Pending before the Court is Relator's motion to dismiss his petition for writ of mandamus. Relator's *pro se* petition was filed in this Court on March 10, 2009. By letter on that same date, the clerk of this Court notified Relator that his petition had been filed. On March 25, 2009, the Court received a letter from Relator requesting that the Court "return this Application for Writ of Mandamus to the District Court because it is originating from the Small Claims Court Pct #1 and it should be litigated in the District Court because that Court is the next court above the Small Claims Court."

We have construed Relator's letter as a motion to dismiss the petition pursuant to TEX.R.APP.P. 42.1(a)(1). This Court has the authority to dismiss an appeal pursuant to an Appellant's request. *See* TEX.R.APP.P. 42.1(a)(1). The Court has considered this cause and has concluded that the motion should be granted, and the petition dismissed to allow Relator to pursue alternative remedies. We therefore grant the motion to dismiss the petition for writ of mandamus.

May 13, 2009

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.